# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-0796-CAB |
| Plaintiff, | ) | |
| | ) | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | ) | |
| ANDRES SUAREZ VERDECIA, | ) | |
| Defendant. | ) | The Honorable Cathy A. Bencivengo |
| | ) | |

IT IS HEREBY ORDERED the United States of America's Motion to Dismiss the Indictment (ECF No. 14), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

IT IS FURTHER ORDERED the bond for the defendant is exonerated.

IT IS SO ORDERED.

DATED:   5/4/2022

_____
Honorable Cathy A. Bencivengo
United States District Judge